IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) ) | Civil Action No. MDL 875 |
| This Document Relates to: | ) ) ) | Civil Action No. 1:11-cv-48 |
| ERIK ROSS PHILLIPS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER OF TRANSFER TO MDL 875** |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER coming before the Court on Motion of Plaintiffs to Transfer this case, allowing this case to be submitted to the Judicial Panel on Multidistrict Litigation to be sent to the Eastern District of Pennsylvania to be included in the MDL 875, In Re: Asbestos Products Liability Litigation (No. VI), and having review the plaintiff's submission, I hereby grant Plaintiff's Motion.

IT IS SO ORDERED.

Signed: April 13, 2011

Frank G. Johns, Clerk
United States District Court